ROBERT WALKER, Respondent, v. FRANK MARELLA, Appellant.—Appeal dismissed unless appellant shall file and serve printed records and printed briefs by May twenty-ninth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FRANCIS J. EYSAMAN, Appellant, v. ADIRONDACK POWER AND LIGHT CORPORATION, Respondent.— Motion granted and appeal dismissed. Present – Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

FARMERS' AND MECHANICS' TRUST COMPANY, Respondent, v. RHETTA Z. DUDLEY and Others, Appellants.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GRANT E. NEIL, Appellant, v. CHARLES E. BECKER, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

MARY LUCENA, Respondent, v. FRANCIS HAYES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

HELEN LUCENA, Respondent, v. FRANCIS HAYES, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

MARY COLANGELO and Another, as Administrators, etc., of JAMES V. COLANGELO, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

JENNIE COLANGELO, as Administratrix, etc., of ANGELO V. COLANGELO, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

GEORGE C. BAKER, Respondent, v. JOSEPH VALE, Appellant.— Judgment of County Court and judgment of Justice's Court reversed on the law and a new trial granted before another justice, without costs of this appeal to either party, on the ground that the facts appearing in the return do not sustain the judgment. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

KELLOGG MANUFACTURING COMPANY, Respondent, v. ISADOR ROSENBLOOM, Appellant.— Order modified so as to grant defendant leave to plead over within twenty days upon payment of the costs of this appeal and ten dollars costs of the motion, and as so modified the order is affirmed, with ten dollars costs and disbursements to the respondent. The judgment is vacated. (See DeVaughn v. McGray, 222 App. Div. 533.) All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BRONISLAUS SOBIERAJSKI, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

CHARLES D. OWENS, Respondent, v. GEORGE S. WATERHOUSE and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.